IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TERRY CLAYTON FLETCHER                                PLAINTIFF

v.                      No. 3:17-cv-243-DPM

BECKY HITT, Captain,
Poinsett County Detention Center;
ALEX WHITMAN, CO, Poinsett
County Detention Center; and
SUSAN COX, Nurse, Poinsett
County Detention Center                              DEFENDANTS

## ORDER

Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Fletcher's amended complaint will be dismissed without prejudice for failure to state a claim upon which relief may be granted. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 November 2017