# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TERRY CLAYTON FLETCHER            PLAINTIFF

v.            No. 3:17-cv-243-DPM

BECKY HITT, Captain,
Poinsett County Detention Center;
ALEX WHITMAN, CO, Poinsett
County Detention Center; and
SUSAN COX, Nurse, Poinsett
County Detention Center            DEFENDANTS

## JUDGMENT

Fletcher's amended complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 November 2017